**Motion Granted; Order filed June 7, 2012**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00184-CV
_____

## IN RE CYPRESS TEXAS LLOYDS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-177586**

---

## A B A T E M E N T   O R D E R

Relator, Cypress Texas Lloyds, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. ' 22.221. Relator asked this Court to order The Honorable Brady G. Elliott, Judge of the 268th District Court, Fort Bend County, Texas, to set aside his order dated January 13, 2012, entered in trial court cause number 10-DCV-177586, styled *Kenneth Hamilton and Brenda Hamilton v. Cypress Texas Lloyds, Crawford & Company, Burt Breedlove, and James McMennamy*.

The Texas Multidistrict Litigation Panel has transferred the underlying case and appointed the Honorable Mike Miller, Judge of the 11th District Court, Harris County,

Texas, as the pretrial judge. Relator has filed a motion to abate pending reconsideration of the order at issue in this proceeding by Judge Miller.

The motion is GRANTED. *See, e.g.*, *In re Mylan, Inc.*, No. 09-09-00186-CV, 2009 WL 2750095, at *1-2 (Tex. App.—Beaumont Aug. 31, 2009, orig. proceeding) (per curiam). We therefore abate this mandamus proceeding for the Honorable Mike Miller to reconsider the decision regarding relator's request for relief. This mandamus proceeding is abated for a period of thirty days from the date of this order, at which time the Honorable Mike Miller, presiding Judge of the 11th District Court, Harris County, Texas, shall advise the Court of the action taken on relator's request. The Court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.
Do Not Publish.